IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cr-270

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| JOHN McCRIMMON | ) | |
| | ) | |

**THIS MATTER** is before the Court upon letter of the defendant pro se asking that his appointed counsel be relieved. (Doc. No. 11).

No other attorney has entered an appearance in the case, and the defendant has neither alleged facts to establish good cause to appoint substitute counsel nor asserted his right to represent himself.

IT IS, THEREFORE, ORDERED that the defendant's motion is DENIED.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: January 17, 2012

Robert J. Conrad, Jr.
Chief United States District Judge